# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Laura Milano |
| | Yolanda Rush |
| | |
| | |
| Electronic Device(s): | Dell laptop, charging cord, cables and adapter. |
| | |
| | |
| Purpose and Location Of Use: | Evidence Presentation System orientation, report to clerk's office to meet L. Bachman. |
| Case Name: | United States v. 8.929 Acres, et al. |
| Case No.: | 1:20-cv-667-LMB-JFA |
| Date(s) Authorized: | April 6, 2023, 8:30AM |
| IT Clearance Waived: | _____ (YES)   __x__ (NO) |

**APPROVED BY:**

Date: April 5, 2023

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____     _____
                         IT Staff Member                                      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**